IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CAROLYN DOUGLAS, | |
| Plaintiff, | 4:16CV3149 |
| v. | |
| CITY OF LINCOLN, d/b/a LINCOLN ELECTRIC SYSTEM, | **MEMORANDUM AND ORDER** |
| Defendant. | |

In this case one or more motions in limine have been filed. It appears that the court should defer consideration of such motions until at or about time of trial, unless some reason is shown why earlier consideration is warranted. Accordingly,

IT IS ORDERED that the Motion in Limine (Filing No. 62), which was filed four business days prior to the first day of trial, shall be held in abeyance and not considered until the first day of trial during the pretrial conference which will be held in chambers immediately prior to trial, unless a party shall show cause, on or before 12:00 noon on Thursday, January 4, 2018, why such deferral would be inappropriate.

DATED this 2nd day of January, 2018.

BY THE COURT:
*Richard G. Kopf*
Senior United States District Judge