IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CAROLYN DOUGLAS, | ) | 4:16CV3149 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| CITY OF LINCOLN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's motion in limine (Filing No. 62) is granted in part and denied in part, as follows:

1. Objections stated in Paragraphs 5, 6, 7, 14, and 15 are sustained.

2. Objections stated in Paragraph 13 are overruled, except that Plaintiff shall not adduce hearsay testimony regarding Russ Reno.

3. Objections stated in the remaining paragraphs are overruled.

DATED this 8th day of January, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge