IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CAROLYN DOUGLAS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LINCOLN, d/b/a LINCOLN ELECTRIC SYSTEM,<br><br>Defendant. | 4:16CV3149<br><br>**ORDER TO WITHDRAW EXHIBITS OR SHOW CAUSE WHY EXHIBITS SHOULD NOT BE DESTROYED** |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for the plaintiff shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Plaintiff Exhibit Nos. 2 through 6, 8 through 10, 13, 15, 17 through 23, 26, 28 through 33, 35 through 39, and 198 from jury trial held January 8-11, 2018.

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

Dated this 9th day of March, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge